1 | Inland Counties Legal Services, Inc.
Sang Banh - SBN 227831
2 | D. K. Moore (136845) I. C. Morales (068915)
10601 Civic Center Dr. Ste 260
3 | Rancho Cucamonga, CA 91730

4 | TEL (909) 980-0982    FAX (909) 980-4871

5 | Attorneys for Defendant, Barbara J. Smith

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

FEB 17 2011

BY _____
             DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

RANCHO CUCAMONGA DISTRICT

Plaintiff: GRYPHON SOLUTIONS, LLC          )  Case No. CIVRS 1012761
                                            )
   vs.                                      )
                                            )  NOTICE OF RULING ON DEFENDANT'S
Defendants: BARBARA J. SMITH et al.         )  DEMURRER
                                            )
                                            )  DATE: February 8, 2011
                                            )  TIME: 8:30 a.m.
                                            )  DEPT: R-11
                                            )

Defendant, BARBARA J. SMITH's Motion to Demurrer to Complaint of GRYPHON SOLUTIONS, LLC came on for hearing on February 8, 2011, at 8:30 a.m. before the Honorable, JANET M. FRANGIE, Judge presiding, in the San Bernardino Superior Court, Rancho Cucamonga District. Plaintiff's attorney, JAY TENNENBAUM, appeared telephonically in court on behalf of Plaintiff, GRYPHON SOLUTIONS, LLC, who was not present. Defendant's attorney, SANG BANH, was present in court on behalf of Defendant, BARBARA J. SMITH, who was also present.

EXHIBIT 1

NOTICE OF RULING; page 1
Case No: CIVRS1002761

The Court made the following ruling:

    Defendant's general Demurrer to the Complaint is sustained without leave to amend. As a matter of law, a Complaint for judicial foreclosure is not the statutorily authorized avenue to enforce Plaintiff's judgment lien against Defendant's real property. This ruling does not preclude Plaintiff from enforcing its judgment pursuant to the Enforcement of Judgments Law statues (California Code of Civil Procedure Article 9, §§680.010-724.260).

Dated: 2/16, 2011

INLAND COUNTIES LEGAL SERVICES

_____
SANG BANH, attorney for,
Defendant, BARBARA J. SMITH

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

     I am employed in the County of San Bernardino, State of California. I am over the age of 18 years and not a party to the within action; my business address is 10601 Civic Center Drive, Suite 260, Rancho Cucamonga, CA 91730. On 2/16/11 I served a true copy of <u>Notice of Ruling</u> as follows:

Jay M. Tenenbaum Esq.
GRYPHON SOLUTIONS LLC
17772 Irvine Blvd. Ste. 203
Tustin CA  92780

(XX) **VIA MAIL** - In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Rancho Cucamonga, CA, the same day in the ordinary course of business, I deposited such sealed envelope for mailing on this same date following ordinary business practices.

(  ) **PERSONAL** - I caused such envelope to be delivered by hand to the office of the addressee pursuant to CCP §1101.

(  ) **VIA OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to CCP §1013(C). Said document was deposited at the mail box regularly maintained by said express service carrier located on Elm in Rancho Cucamonga, CA 91730 on the date set forth above.

(  ) **VIA FACSIMILE** - I caused such document to be delivered to the office or the addressee via facsimile machine pursuant to CCP §1013(e). Said document was transmitted from Inland Counties Legal Services in Rancho Cucamonga, California, on the date set forth above.

     I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on 2/16/11 at Rancho Cucamonga, California.

_____
Elaine Festor

*Case No. CIVRS1012761*
Proof of Service