FILED
TULARE COUNTY SUPERIOR COURT
VISALIA DIVISION
SEP 12 2011
LARAYNE CLEEK, CLERK
BY: Suzanne Hem

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE STATE OF CALIFORNIA

| | |
|---|---|
| Credigy Receivables, | ) Case No.: VCU240699, VCU241166 |
| Plaintiff, | ) and VCU240641 |
| Vs | ) ORDER TO SHOW CAUSE RE: DISMISSAL |
| John Rivera, | ) |
| Tom Fitzgerald, | ) |
| James J. Dougherty, | ) |
| Defendant. | ) |

Plaintiff's Attorney, Ian Willens, is ordered to personally appear in Department 10 of this court on October 19, 2011 at 8:30 am to show cause why each of the above cases should not be dismissed as shams, in that there is no cause of action for judicial foreclosure of a residence based only on Plaintiff having a judgment against the Defendant and/or that other suitable sanctions be imposed.

If Plaintiff contends their complaints state a valid cause of action, they are to file points and authorities at least 21 days in advance of the hearing. Any defendant may file a response 10 days before the hearing, and any reply should be filed 5 days before the hearing.

Dated: September 12, 2011

Judge Lloyd L. Hicks

EXHIBIT 2

1