SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Superior Court of California

Minute Order/Judgment

CASE NO.1112912            DATE:03/27/12            DEPT:01
CASE NAME: THE GABRIEL GROUP LLC VS. SALTER
CASE CATEGORY: Declaratory Relief

HEARING: Hearing Re Order to Show Cause.

*****************************************************************

Honorable Judge Mac R. Fisher, Presiding

Clerk: G. Reyes

Court Reporter: None

On Court's Own Motion: Order to Show Cause.

Order to Show Cause re: Dismissal of Action as to THE GRABRIEL GROUP LLC, JOHN P SALTER set 04/16/12 at 10:00 in Dept. 01.

Order to Show Cause Issued

This action seeks to remedy of foreclosure in connection with a judgment lien recorded against real property allegedly owned by a judgment debtor. (CCP 697.310, et seq.) The judgment was entered against defendant in another action. It appears to this Court that no such remedy of foreclosure can be asserted and that plaintiff must proceed in the underlying action pursuant to the Enforcement of Judgments Law. (CCP 680.010, et seq.) It appears that plaintiffs complaint fails to state sufficient facts to constitute a cause of action.

-

Accordingly, plaintiff in the above-entitled action is hereby ordered to show cause on April 16, 2012, at 10:00 a.m., in Department 1 of the above-entitled court, as to why the Court should not grant judgment on the pleadings dismissing plaintiffs complaint in this action. (CCP 438(C)(1)(A).)

-

Any party may file and serve a response to this order to show cause ten court days before the above-scheduled hearing date.

Notice to be given by clerk.

Notice sent to PHOENIX LAW GROUP CORP. on  3/27/12

EXHIBIT
3

Notice sent to CONSUMER LAW OFFICE OF ROBERT STEMPLER APLC on 3/27/12

Notice sent to THE HARRIS LAW FIRM on 3/27/12

Notice sent to SKANE WILCOX LLP on 3/27/12