SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
DOWNTOWN SUPERIOR COURT - CIVIL LIMITED

| TITLE OF CASE (ABBREVIATED) | FOR COURT USE ONLY |
|---|---|
| FIRST SELECT CORPORATION vs.<br>CORAZON GAERLAN REYES | FILED<br>MAY 25 2000<br>STEPHEN V. LOVE<br>Chief Executive Officer<br>Superior Court, Santa Clara County<br>_____ Deputy |
| ATTORNEYS NAME AND ADDRESS<br>HUNT & HENRIQUES, Attorneys at Law<br>Michael S. Hunt, ESQ.      #99804<br>Janalie Henriques, ESQ.    #111589<br>151 Bernal Rd. Ste. #8<br>San Jose, CA 95119 | |

| ATTORNEYS FOR PLAINTIFF:<br>FIRST SELECT CORPORATION | TELEPHONE<br>408-362-2270 | CASE NUMBER<br>DC00 389947 |
|---|---|---|

**JUDGMENT BY DEFAULT BY COURT**

The defendant(s):
    CORAZON GAERLAN REYES

having been regularly served with summons and copy of complaint, having failed to appear and answer said complaint within the time allowed by law, and the default of said defendant(s) having been duly entered, upon application of plaintiff to the Court, and after having heard the testimony and considered the evidence, or pursuant to affidavit on file herein, the Court ordered the following JUDGMENT.

It is ordered and adjudged that plaintiff (FIRST SELECT CORPORATION) have and recover from said defendant(s) (CORAZON GAERLAN REYES    ) the sum of $4,099.33 principal; $0.00 attorney fee; $102.20 interest; together with costs in the sum of $125.00. (totaling: $4,326.53)

Dated: May 24, 2000

_____
Judge of the Court
MELINDA STEWART

I hereby certify this to be a true copy of the Judgment in the above action rendered on _____.

By _____
                                            Clerk
                                            Deputy Clerk

899A633  4168100003329099

JUDGMENT BY DEFAULT BY COURT

EXHIBIT 4