EJ-190

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TEL NO.: |
|---|---|
| ☑ Recording requested by and return to:<br>Jay M. Tenenbaum, Bar No. 134221<br>Red Hill Law Group, PC<br>17772 Irvine Blvd., Ste 203<br>Tustin, CA 92780 | |

☑ ATTORNEY FOR   ☐ JUDGMENT CREDITOR   ☑ ASSIGNEE OF RECORD

NAME OF COURT: SANTA CLARA SUPERIOR COURT
STREET ADDRESS: 191 N. 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME:

PLAINTIFF: FIRST SELECT CORPORATION

DEFENDANT: CORAZON GAERLAN REYES

### APPLICATION FOR AND RENEWAL OF JUDGMENT

FOR RECORDER'S USE ONLY

CASE NUMBER: 7-00-CV-389947

FOR COURT USE ONLY

MAY 21 2010

☐ Judgment creditor
☑ Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address)*:
   Credigy Receivables, Inc.
   2877 Paradise Rd., Ste 303, Las Vegas, NV 89109

2. Judgment debtor *(name and last known address)*:
   CORAZON GAERLAN REYES
   651 NOVAK DR
   SAN JOSE, CA 95127-1552

3. Original judgment
   a. Case number *(specify)*: 7-00-CV-389947
   b. Entered on *(date)*: 05/25/2000
   c. Recorded:
      (1) Date: 06/27/2000
      (2) County: SANTA CLARA
      (3) Instrument No.: 15292082

4. ☐ Judgment previously renewed *(specify each case number and date)*:

THE FOREGOING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE
ATTEST: DAVID H. YAMASAKI
MAY 21 2010
CHIEF EXECUTIVE OFFICER/CLERK
SUPERIOR COURT OF CA COUNTY OF SANTA CLARA
IN AND FOR THE COUNTY OF SANTA CLARA
BY _____ DEPUTY

5. ☑ Renewal of money judgment
   a. Total judgment .................... $ 4,099.33
   b. Costs after judgment ............. $
   c. Subtotal *(add a and b)* .......... $ 4,099.33
   d. Credits after judgment ........... $
   e. Subtotal *(subtract d from c)* .... $ 4,099.33
   f. Interest after judgment .......... $ 4,071.25
   g. Fee for filing renewal application $ 30.00
   h. **Total renewed judgment** *(add e, f, and g)* . $ 8,200.58
   i. ☐ The amounts called for in items a – h are different for each debtor. These amounts are stated for each debtor on Attachment 5.

EXHIBIT 9

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. January 1, 2002]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140

American LegalNet, Inc.
www.USCourtForms.com

| SHORT TITLE: FIRST SELECT CORPORATION v. REYES | CASE NUMBER: 7-00-CV-389947 |
|---|---|

6. ☐ Renewal of judgment for ☐ possession. ☐ sale.

    a. ☐ If judgment was not previously renewed, terms of judgment as entered:

    b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

    c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/28/2010

JAY M. TENENBAUM
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)