CONFORMED COPY: This document has not ~~ compared with the original.
SANTA CLARA COUNTY CLERK-RECORDER

Doc#: 21023186
12/27/2010 2:10 PM

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number): Recording requested by and return to: |
|---|
| JAY M. TENENBAUM, SBN 134221<br>RED HILL LAW GROUP, PC<br>17772 IRVINE BLVD., STE. 203<br>TUSTIN, CA 92780 |

[✓] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [✓] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 N. 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME:

PLAINTIFF: FIRST SELECT, INC.
DEFENDANT: CORAZON GAERLAN REYES

CASE NUMBER: 7-00-CV-389947

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

1. The [ ] judgment creditor [✓] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      CORAZON GAERLAN REYES
      651 NOVAK DR
      SAN JOSE, CA 95127-1552
      
   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): 651 NOVAK DR., SAN JOSE, CA 95127-1552

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Credigy Receivables, Inc., 2877 Paradise Rd., Suite 303, Las Vegas, NV 89109
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: August , 2010
JAY M. TENENBAUM
(TYPE OR PRINT NAME)                              (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 8,200.58
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 05/25/2000
   b. Renewal entered on (date): 05/21/2010
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]
DAVID H. YAMASAKI
Chief Executive Officer: Clerk
This abstract issued on (date): DEC - 9 2010

Clerk, by _____, Deputy

**EXHIBIT 9**

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488,480, 674, 700,190

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF: FIRST SELECT, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: CORAZON GAERLAN REYES | 7-00-CV-389947 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.