1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   STEPHEN H. TURNER, SB# 89627
2     E-Mail: turner@lbbslaw.com
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: 213.250.1800
4  Facsimile: 213.250.7900

5  Attorneys for Defendant
   RED HILL LAW GROUP, P.C.

6

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  CORAZON GAERLAN REYES, | CASE NO. CV 12-05811 EJD |
| 12          Plaintiff, | **STIPULATION TO AMEND BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| 13     vs. | |
| 14  CREDIGY RECEIVABLES, INC., a Nevada corporation; CREDIGY SERVICES CORP., a Nevada corporation; PHOENIX LAW GROUP CORP., a California corporation; RED HILL LAW GROUP, P.C., a California corporation; JAY MICHAEL TENENBAUM, individually and in his official capacity; IAN NATHAN WILLENS, individually and in his official capacity; RONALD R. ROUNDY, individually and in his official capacity; MICHAEL CHARLES BRKICK, individually and in his official capacity, | [N.D. Cal. Civ. L.R. 6-2]<br><br>Hearing Date:     March 22, 2013<br>Hearing Time:     9:00 a.m.<br>Hearing Judge:    Edward J. Davila<br>Hearing Courtroom: 4, 5th Floor<br>Hearing Location: 280 South First St. San Jose, CA<br><br>The Hon. Edward J. Davila<br><br>Trial Date:    None Set |
| 22          Defendants. | |

23

24          THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

25      1.    On January 31, 2013, Defendant RED HILL LAW GROUP, P.C., filed

26  its <u>Special Motion to Strike</u> Plaintiff's malicious prosecution claim, pursuant to Cal.

27  Code of Civil Procedure § 425.16 (Doc. 33).

28

4821-2298-9330.1                                                    CV 12-05811 EJD

2. Plaintiff filed an Opposition on February 22, 2013 (Doc. 42).

3. Defendant, RED HILL LAW GROUP P.C.'s motion is currently set for hearing on March 22, 2013, at 9:00 a.m. before the Honorable Edward J. Davila.

4. The parties request that the Court enter an order modifying the briefing schedule for Defendant, RED HILL LAW GROUP, P.C.'s motion as follows:

    a. Defendant RED HILL LAW GROUP, P.C.'s reply brief shall be filed on or before March 8, 2013.

5. The modified briefing schedule will have no effect on the March 22, 2013 hearing.

///
///
///
///

IT IS SO STIPULATED.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: February 25, 2013

By: /s/ Stephen H. Turner
Stephen H. Turner, Esq.
Attorneys for Defendant
RED HILL LAW GROUP, P.C.

CONSUMER LAW CENTER, INC.

Dated: February 25, 2013

By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorneys for Plaintiff
CORAZON GAERLAN REYES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/27/2013

The Honorable Edward J. Davila
United States District Judge