UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| CORAZON GAERLAN REYES,<br>           Plaintiff, | No. C 12-5811 EJD |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| CREDIGY RECEIVABLES, et al.,<br>           Defendants. | Date:     Not yet scheduled<br>Mediator: Gregory Walker |

IT IS HEREBY ORDERED that the request for defendant Credigy Receivables' corporate representative to be excused from personally attending the mediation session before Gregory Walker is DENIED. The court finds that defendant has not made adequate showing that requiring its representative to appear in person at the mediation would cause him 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d). Accordingly, the request is DENIED and the representative shall appear in person at the mediation.

IT IS SO ORDERED.

May 22, 2013          By: _____
Dated                                                Maria-Elena James
                                                         United States Magistrate Judge