UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| CORAZON GAERLAN REYES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CREDIGY RECEIVABLES, et al.,<br>　　　　Defendants.<br>_____/ | No. C 12-5811 EJD<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　July 11, 2013<br>Mediator:　Gregory Walker |

　　　　IT IS HEREBY ORDERED that the requests to excuse defendant Phoenix Law Group Corporation's representative, Linda Seals, and defendant Ian Willens from appearing in person at the July 11, 2013, mediation before Gregory Walker are GRANTED. Ms. Seals shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f). The court understands that Mr. Willens has a court appearance in another case on July 11, and he shall participate telephonically in the mediation to the best of his ability.

　　　　IT IS SO ORDERED.

July 2, 2013　　　　　　　By:　　_____
Dated　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　United States Magistrate Judge